UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:20-cv-61761-RKA

TIMBREL NEWTON, on behalf of herself
and all others similarly situated,

    Plaintiff,
vs.

P.D.K.N. HOLDINGS, LLC,
P.D.K.N. P-4, LLC,
P.D.K.N. P-4, OP., LLC,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL *WITHOUT* PREJUDICE

Plaintiffs, TIMBREL NEWTON, DOMINIC RAGOZINE, VANESSA HITE, VICTORIA JOVI, NASTASHA MERCER, MARISSA HENESSEY, LAUREN CARDENAS, ALICIA GALAVIZ, TORI VAN LEHN, and NICHOLAS ZAMPIRRI (collectively, "Plaintiffs"), and Defendants P.D.K.N. HOLDINGS, LLC, P.D.K.N. P-4, LLC, and P.D.K.N. P-4, OP., LLC ("Defendants"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41, hereby file their Joint Stipulation of Dismissal *Without* Prejudice and advise this Court that the Parties will be pursuing these claims in arbitration.

                                                          Respectfully Submitted,

| | |
|---|---|
| **USA EMPLOYMENT LAWYERS - JORDAN RICHARDS PLLC** | **TRIPP SCOTT, P.A.** |
| 805 E. Broward Blvd. Suite 301 | 110 S.E. 6th Street, 15th Floor |
| Fort Lauderdale, Florida | Fort Lauderdale, Florida 33301 |
| (954) 871-0050 | (954) 525-7500 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| | |
| By: */s/ Jordan Richards* | By: */s/ Sarah M. Leon* |
| JORDAN RICHARDS, ESQ. | PAUL LOPEZ, ESQ. |
| Florida Bar No. 108372 | Florida Bar No. 983314 |
| JAKE BLUMSTEIN, ESQ. | SARAH M. LEON, ESQ. |
| Florida Bar No. 1017746 | Florida Bar No. 1011028 |
| jordan@jordanrichardspllc.com | pol@trippscott.com |
| jake@jordanrichardspllc.com | sml@trippscott.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on December 11, 2020 to all counsel of record.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST

**PAUL O. LOPEZ, ESQUIRE**
Fla. Bar No. 983314
pol@trippscott.com
**SARAH M. LEON, ESQUIRE**
Fla. Bar No. 1011028
sml@trippscott.com
TRIPP SCOTT, P.A.
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, Florida 3330`
Tel: (786) 525-7500
*Counsel for Defendants*

**JOHN P. SEILER, ESQUIRE**
Fla. Bar No. 776343
jseiler@sszrlaw.com
LAW OFFICES OF SEILER, SAUTTER,
ZADEN, RIMES & WAHLBRINK
2850 North Andrews Ave.
Fort Lauderdale, Florida 33311
Tel: (954) 568-7000
Fax: (954) 568-2152
*Counsel for Defendants*