UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61761-CIV-ALTMAN/Hunt

**TIMBREL NEWTON**, *on behalf of herself and all others similarly situated*,

    *Plaintiff(s)*,

v.

**P.D.K.N. HOLDINGS, LLC**, *et al.*,

    *Defendants*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 49]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** this case. All pending motions are **DENIED as moot**. All pending deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of December 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record